IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP T. SIEGEL, DDS,**<br>              Plaintiff,<br><br>       v.<br><br>**MARK GOLDSTEIN, BRIAN SMITH, JOSEPH MULLIGAN, SAMER ABDELSAMIE AND DELAWARE VALLEY MAXILLOFACIAL AND ORAL SURGERY, P.C. ,**<br>              Defendants. | CIVIL ACTION<br><br><br><br>NO.  19-2890 |

## O R D E R

**AND NOW**, this 9th day of December, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 46) and briefing in support thereof (ECF Nos. 46, 47, 50, 51), Plaintiff's response thereto (ECF Nos. 48, 52), and Plaintiff's Motion in Limine (ECF No. 58), it is **HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 46) is **GRANTED**;

2. Plaintiff's Motion in Limine (ECF No. 58) is **DENIED**;

3. Plaintiff's case is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court **SHALL CLOSE** this case.

BY THE COURT:

/s/Wendy Beetletone, J.

**WENDY BEETLESTONE, J.**