# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP T. SIEGEL, DDS,<br>            Plaintiff,<br><br>v.<br><br>MARK GOLDSTEIN, BRIAN SMITH, JOSEPH MULLIGAN, SAMER ABDELSAMIE AND DELAWARE VALLEY MAXILLOFACIAL AND ORAL SURGERY, P.C. ,<br>            Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 19-2890 |

## ORDER

**AND NOW**, this 21st day of February, 2023, upon consideration of Plaintiff's Motion for Summary Judgment (ECF Nos. 73, 80), Defendants' Amended Motion for Summary Judgment (ECF Nos. 75, 81), and all responses thereto (ECF Nos. 76, 78), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED** and Defendants' Motion is **GRANTED**.

The Clerk of Court is ordered to terminate the case.

BY THE COURT:


*/s/ Wendy Beetlestone*

---
**WENDY BEETLESTONE, J.**